UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DEAN BARNES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 2:20-cv-00082 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) ("Motion") (Doc. No. 20). The Motion, which Plaintiff does not oppose, asks the Court to reverse and remand this case to the Social Security Administration. (Id.). For the reasons set forth in Defendant's supporting memorandum (Doc. No. 21), the Motion (Doc. No. 20) is **GRANTED**. The Administrative Law Judge's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE